UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Jacob Weiss,

            Plaintiff,

-against-

Mercantile Adjustment Bureau, LLC,

            Defendant.

Index No. 13 CV 6718 (PGS)(LHG)

**STIPULATION OF**
**DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendant as follows:

1. That whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action;
2. Plaintiff's claims are hereby discontinued with prejudice;
3. This stipulation may be executed in counterparts and facsimile signatures are acceptable as original signatures.

Dated: March 6, 2012
New York, New York

FREDRICK SCHULMAN & ASSOCIATES
BY: _____
JACOB J. SCHEINER, ESQ.
30 East 29th Street
New York, New York 10016
Attorneys for Plaintiff

SESSIONS FISHMAN NATHAN & ISRAEL, LLC
BY: _____
AARON R. EASLEY, ESQ.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Attorneys for Defendant

SO-ORDERED:

_____
Hon.

# CERTIFICATE OF SERVICE

I certify that on this 7th day of March 2013, a copy of the **Stipulation of Discontinuance** with Prejudice was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Aryeh L. Pomerantz, Esq.
    FREDERICK SCHULMAN & ASSOCIATES
    30 East 29th Street
    New York, NY 10016
    Phone: (212) 796-6053
    E-Mail: aryeh@fschulmanlaw.com
    Attorneys for Plaintiff
    Jacob Weiss


                By:    /s/ Aaron R. Easley
                          Aaron R. Easley, Esq.
                          Attorney for Defendant
                          Mercantile Adjustment Bureau, LLC